UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 11-40012-FDS |
| | ) | |
| ADAM FRANTZ, | ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

**SAYLOR, D.J.**

WHEREAS, on March 24, 2012, a federal grand jury sitting in the District of

Massachusetts returned a two-count Indictment charging defendant Adam Frantz (the

"Defendant") with Conspiracy to Possess with Intent to Distribute, in violation of 21 U.S.C § 846

(Count One), and Possession with Intent to Distribute, in violation of 21 U.S.C. § 841(a)(1) (Count

Two);

WHEREAS, the Indictment also contained a forfeiture allegation, pursuant to 21 U.S.C.

§ 853, which provided notice that the United States sought the forfeiture, upon conviction of the

Defendant of one or more offenses alleged in Counts One and Two of the Indictment, of (1) any

and all property constituting or derived from any proceeds obtained, directly or indirectly, as a

result of the charged offense; and (2) any and all property used, or intended to be used, in any

manner or part to commit or to facilitate the commission of the offense.  Such property

specifically included, without limitation:

    (a)    $139,853.00 in United States currency, seized on November 5, 2010 from Chase Road in Lunenburg, Massachusetts; and

    (b)    one Kolb, Model 1910, .22 caliber revolver, no serial number

(collectively, the "Properties");

WHEREAS, the Indictment further provided that, if any of the above-described forfeitable property, as a result of any act or omission by the Defendant, (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, the United States is entitled to seek forfeiture of any other property of the Defendant, up to the value of such assets, pursuant to 21 U.S.C. § 853;

WHEREAS, on February 17, 2012, at a hearing pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the Defendant pled guilty to Counts One and Two of the Indictment;

WHEREAS, on June 8, 2012, this Court issued a Preliminary Order of Forfeiture against the Properties, pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure;

WHEREAS, notice of the Preliminary Order of Forfeiture was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on June 20, 2012 and ending on July 19, 2012; and

WHEREAS, no claims of interest in the Properties have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED that:

1.      The United States' Motion for a Final Order of Forfeiture is allowed.

2.      The United States of America is now entitled to the forfeiture of all right, title or interest in the Properties, and they are hereby forfeited to the United States of America pursuant to 21 U.S.C. § 853 and Rule 32.2(c) of the Federal Rules of Criminal Procedure.

3.     All other parties having any right, title or interest in the Properties are hereby held

in default.

4.     The United States Department of Homeland Security is hereby authorized to

dispose of the Properties in accordance with applicable law.

F. DENNIS SAYLOR, IV
United States District Judge

Dated: _March 22, 2013_

3